IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>as subrogee of Donna Reno,<br><br>    Plaintiff,<br><br>vs.<br><br>LOU RIPPNER, INC. d/b/a COMPASS<br>FURNITURE, a foreign corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 06-0123-CG-C<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the court on defendant's motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction. (Doc. 6). Specifically, defendant asserts that under Alabama law, plaintiff's recovery as subrogee would be limited to the amount of its payment. Plaintiff's original complaint provided that "[p]ursuant to said policies Allstate paid to or on behalf of [Donna] Reno a sum in excess of $15,000.00 . . . ." (Doc. 1). Defendant notes, however, that plaintiff's original complaint lacked any allegation that plaintiff paid in excess of $75,000 in order to invoke this court's subject matter jurisdiction. On March 30, 2006, plaintiff filed an amended complaint in which plaintiff states that it "paid to or on behalf of Reno a sum in excess of $75,000.00 . . . ." (Doc. 13 at 2, ¶ 4). The court therefore finds that defendants' motion to dismiss is now **MOOT**.

**DONE and ORDERED** this 10th day of May, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE